In the Matter of the Application of WALTER S. WEST, Appellant, for the Removal of HIRAM C. TODD, Respondent, and the Reinstatement of Himself as Trustee under the Will of GEORGE WEST, Deceased.

*Matter of West* v. *Todd*, 170 App. Div. 926, affirmed.
(Argued November 20, 1916; decided December 5, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 25, 1915, which affirmed a decree of the Saratoga County Surrogate's Court denying an application by Walter S. West to be reinstated as one of the trustees under the last will and testament of his father, George West, deceased. In December, 1907, Walter S. West was declared an incompetent person by an order of the Supreme Court of the state of New York, and a committee of his person and property was appointed. Thereafter on petition, setting forth that he had been declared an incompetent person and a committee appointed of his person and property, he was removed as one of the trus-

tees because of such incompetency and Hiram C. Todd was appointed substituted trustee in his place.

*Walter H. Cogan* for appellant.

*Edgar T. Brackett* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.